THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XING ZHAO, <br><br> Plaintiff, <br><br> v. <br><br> TRADEGO FOREX EXCHANGE, *et al.*, <br><br> Defendants. | CASE NO. C23-1821-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's second motion for additional time to serve certain defendants in this action (Dkt. No. 19). The Court hereby GRANTS the motion for the reasons described below.

The Court previously discussed the background of this case in a prior order. (*See* Dkt. No. 13.) Having already received additional time to serve Defendants David Neilson and Ronald Greg Ameral, Plaintiff renews that request, explaining the efforts taken since the last extension request. (*See* Dkt. Nos. 19, 19-1.) This establishes the good cause necessary to further extend the service deadline. Nevertheless, the Court cautions Plaintiff an additional extension would only be provided in the most extraordinary circumstances.

Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 19) and EXTENDS Plaintiff's deadline for effectuating service to December 31, 2024.

//

DATED this 1st day of July 2024.

John C. Coughenour
UNITED STATES DISTRICT JUDGE