THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XING ZHAO,<br><br>                Plaintiff,<br>      v.<br><br>TRADEGO FOREX EXCHANGE, *et al.*,<br><br>                Defendants. | CASE NO. C23-1821-JCC<br><br>ORDER |

    This matter comes before the Court on Plaintiff's motion for default judgment against Defendants TradeGo Forex Exchange, Brandon Newbern, Ronald Greg Ameral, David Nielson, and Grand Capital ("the defaulting defendants") (Dkt. No. 50). Having thoroughly considered the motion and the relevant record, the Court FINDS that:

1. Plaintiff properly served the defaulting defendants, (*see* Dkt. Nos. 7, 23, 24, 28, 31);
2. The defaulting defendants have not lodged an appearance or answered Plaintiff's pleading;
3. Taking the allegations in the complaint as true, Plaintiff has established that he is entitled to $125,000 in recovery from the defaulting defendants for the causes of action brought forth, (*see generally* Dkt. No. 1), along with Rule 54 costs in the amount of $1,539.40; and
4. The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986)

ORDER
C23-1821-JCC
PAGE - 1

support granting default judgment in Plaintiff's favor against the defaulting defendants.

Accordingly, the Court GRANTS Plaintiff's motion (Dkt. No. 50) and issues judgment against the defaulting defendant in Plaintiff's favor for $125,000 in damages, $1,539.40 in costs, and post-judgment interest in accordance with 28 U.S.C. § 1961.

It is so ORDERED this 10th day of November 2025.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE