## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XING ZHAO,<br><br>      Plaintiff,<br> v.<br><br>TRADEGO FOREX EXCHANGE, *et al.*,<br><br>      Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1821-JCC |

\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

The Court has ORDERED that:
1. Plaintiff's motion for default judgment (Dkt. No. 50) is GRANTED.
2. Plaintiff is entitled to judgment against TradeGo Forex Exchange, Brandon Newbern, Ronald Greg Ameral, David Nielson, and Grand Capital in the amount of $125,000.
3. Plaintiff is awarded $1,539.40 in costs for service of process of the summons and complaint; and
4. Post-judgment interest shall accrue under 28 U.S.C. § 1961.

 DATED this 10th day of November 2025.

                  RAVI SUBRAMANIAN
                  Clerk of Court

                  /s/ *Kadya Peter*
                  Deputy Clerk